FILED
SEP 14 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-CR-218-MHT |
| ) | [ 18 U.S.C. § 641; |
| MONIQUE ROSHAUN CANIDATE ) | 18 U.S.C. § 1028A |
| a/k/a "Roshaun Candidate" ) | 18 U.S.C. § 2] |
| ) | |
| ) | **INDICTMENT** |

The Grand Jury charges:

1. At all times relevant to this Indictment, the defendant, **MONIQUE ROSHAUN CANIDATE**, was a resident of Montgomery, Alabama.

2. On or about September 16, 2005, an application was filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina, in the name of Roshaun Canidate. That application falsely represented that Canidate had suffered losses to a property she rented as her primary residence in Metairie, Louisiana. Canidate did not reside in Louisiana and did not suffer the losses claimed.

3. FEMA accepted the application and caused two United States Treasury checks in the amount of $2,000 and $2,358 to be mailed to an address in Montgomery, Alabama. Canidate received the checks and cashed them.

4. On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

## MONIQUE ROSHAUN CANIDATE,

did, while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, and did receive, conceal, and retain the same with the intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined and converted as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | September 22, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 222123305773. |
| 2 | March 21, 2006 | FEMA disaster assistance funds in the amount of $2,358, check number 222124915867. |

All in violation of Title 18, United States Code, Sections 641 and 2.

### COUNT 3
### AGGRAVATED IDENTITY THEFT

5. The allegations set forth in paragraphs 1 through 4 of this Indictment are hereby realleged as if set forth herein.

6. From on or about September 16, 2005, and continuing until on or about March 21, 2006, in the Middle District of Alabama and elsewhere, the defendant,

## MONIQUE ROSHAUN CANIDATE,

while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, during and in relation to an enumerated felony, namely, theft of property as charged in Counts 1 and 2 of this Indictment, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, that is, a social security number ending in the last four digits 6095.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A TRUE BILL:

_____
Foreperson

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney