# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | Case No. **2:07CR-218-MHT** |
| ) | |
| **MONIQUE ROSHAUN CANIDATE** ) | |

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on October 12, 2007 before the undersigned Magistrate Judge. Present at this conference was **Attorney Jon Carlton Taylor**, counsel for the defendant and **United States Attorney Stephen Feaga,** counsel for the government. . As a result of the conference, it is

**ORDERED** as follows:

1. Jury selection is set for **November 5, 2007**. The trial of this case is set for the trial term commencing on **November 5, 2007** before **United States District Judge Myron H. Thompson** and is expected to last two (2) trial days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before **October 29, 2007.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All Motions in Limine shall be filed on or before **October 29, 2007**. Motions in Limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

      5.  Proposed jury instructions shall be filed on or before **October 29, 2007.**

      6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **October 24, 2007.**  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **November 5, 2007.**  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **November 5, 2007**, as to all defendants, even though a particular guilty plea was not accepted by the court.

      Done this 15th day of October, 2007.

                                              /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE