IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.        ) | 2:07-CR-218-MHT |
| ) | |
| ) | |
| ) | |
| MONIQUE ROSHAUN CANIDATE, ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW**, the Defendant, Monique Roshaun Canidate, by and through the undersigned attorney, J. Carlton Taylor, and respectfully files this her Unopposed Motion to Continue Trial as grounds would show unto this Honorable Court as follows:

1.    That this case is now set for November 5, 2007 trial docket.

2.    That the Defendant and the Government are currently negotiating a plea agreement.

3.    Pursuant to recent plea negotiations, both parties agree that a resolution of this matter should be reached very soon.

4.    Ms. Canidate respectfully requests a continuance from the current trial setting on November 5, 2007, in order to finalize plea negotiations.

5.    The Government, through Assistant United States Attorney Christopher Snyder, has no opposition to the granting of this Motion.

**WHEREFORE**, the Defendant respectfully requests that this Motion be granted and the trial now set for November 5, 2007 trial docket be continued.

**RESPECTFULLY SUMBITTED,** this the 23rd day of October, 2007.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR (TAY058)
Attorney for the Defendant

J. Carlton Taylor
FULLER, TAYLOR & HOLTON, P.C.
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 23rd day of October, 2007.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR (TAY058)
Attorney for the Defendant

Christopher Snyder
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197