IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 2:07-cr-218-MHT |
| **MONIQUE ROSHAUN CANIDATE**<br>    a/k/a "Roshaun Candidate" | ) ) ) ) | |

## United States' Requested Voir Dire Questions

In addition to the standard questions that the Court asks of the jury venire in this District, the United States also requests that the Court ask the attached additional questions. The United States respectfully reserves the right to submit additional requests as developments in this case may warrant.

Respectfully submitted this 3rd day of December, 2007,

                                              LEURA G. CANARY
                                              United States Attorney

                                              /s/ Christopher A. Snyder
                                              CHRISTOPHER A. SNYDER
                                              Assistant United State Attorney
                                              131 Clayton Street
                                              Montgomery, AL 36104
                                              Phone: (334) 223-7280
                                              Fax: (334) 223-7135
                                              E-mail: christopher.a.snyder@usdoj.gov

I.     **Federal Emergency Agency; Amount of Loss**

1. What do you think about FEMA (sometimes know as the Federal Emergency Management Agency)?  What do you think of FEMA's handling of Hurricane Katrina?  Does anyone think that FEMA should be held responsible for theft that occurred during the Hurricane?

2.  Have you or any of your friends or relatives ever had any unfavorable association or dealings with the United States Government, especially FEMA?  If so, who or what?

3. Do any of you have any reason why you would be unable to give either the government or the defendants a fair trial based solely upon the fact that FEMA is involved?

4. If you were broke and down on your luck, do you think it would be o.k. to take from the Government just to get by, even if the amount is small?  What about to make up for past wrongs done to you by the Government?

5.  Would you be able to convict someone of a crime even if she only stole a small amount of money?  How small is too small?

6.  Would your opinion change if you believed many people were similarly stealing small amounts so that it would be "no big deal?"

**II.     Prior Experience with Law Enforcement or Government**

    7.  Has a relative or close friend of any panel member ever been employed by a local, state, or federal law enforcement agency?  What about employment with a local, state, or federal government?

    If so, what position was or is held?

    8.  Has any member of the panel ever had any training in law or in law enforcement?

    If so, please describe.

    9.  Other than a traffic ticket, has any member of the panel ever had an unpleasant experience involving law enforcement?

    If so, please explain.

**III.    Moral, Religious, or Ethical Concerns**

    10.  Do any of you have any feelings, whether they may be moral, religious, philosophical or otherwise, that would prevent you from being a fair and impartial juror in this case or that would prevent you from sitting in judgment on your fellow man?

    11.  To admit to having some sympathy for the defendant or the government in this case is nothing to be ashamed of and does not reflect badly upon you as a person. However, both the government and the defendant are entitled to have this case heard by a fair and impartial jury that will decide the case solely according to the evidence admitted in this Court and according to the Court's instructions on the law.  The law provides that the jury may not be governed by sympathy, prejudice, or public opinion.  With this in

mind, do any of you have any reason why you would be unable to give either the government or the defendant a fair trial based solely upon the evidence admitted at the trial and the instructions given by the Court?

**IV.     Instructions from the Court; Sentencing**

12.  Can all of you decide this case solely on the evidence presented in this courtroom, applying the law as given to you by the Court, and decide it without bias, prejudice, and sympathy?

If not, please elaborate.

13.  Is there any reason why any of you would be unable to reach a fair and impartial verdict based solely upon the evidence submitted during the trial and the instructions which the judge gives you?

14.  Do all of you realize that as a juror, in your deliberations as to guilt, you must not consider any possible punishment?

15. Do each and every one of you understand that during the course of the trial an attorney is not permitted to speak to the jurors and, therefore, if you see an attorney in the hall or on the street, you should not hold it against the attorney if he or she does not acknowledge you or speak to you?

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-218-MHT |
| ) | |
| **MONIQUE ROSHAUN CANIDATE** ) | |
| a/k/a "Roshaun Candidate" ) | |
| ) | |

## Certificate of Service

I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to Jon Carlton Taylor.

        Respectfully submitted,
        LEURA G. CANARY
        United States Attorney

        /s/ Christopher A. Snyder
        CHRISTOPHER A. SNYDER
        Assistant United State Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov