IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CR. NO. 2:07-cr-218-MHT |
| ) | |
| **MONIQUE ROSHAUN CANIDATE** ) | |
| a/k/a "Roshaun Candidate"    ) | |

### United States's Unopposed Motion to Continue Sentencing

The United States respectfully requests the Court to continue Defendant Monique Roshaun Canidate's sentencing in this case, currently scheduled for Thursday, March 6, 2008, at 10:00 a.m. It requests this relief for the following reasons:

1.. The United States anticipates calling Canidate as a witness in the trial of *United States v. Rosetta Lola Canidate Dejarnette, et al.,* Case No. 2:07-cr-289-MEF (M.D. Ala. 2008). That trial is set on the two week trial term, beginning on Monday, April 7, 2008.

2. The full extent of Canidate's substantial assistance will not be known until the trial is complete in *United States v. Rosetta Lola Canidate Dejarnette, et al.*

3. The United States has contacted Jay Taylor, attorney for defendant, who stated that he has no objection to this request.

Wherefore, the above premises considered, the United States respectfully requests the Court to continue Candidate's sentencing to a date after the completion of the jury

trial in the case of *United States v. Rosetta Lola Canidate Dejarnette, et al.*

Respectfully submitted this 15th day of February, 2008.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ Christopher Snyder
          CHRISTOPHER A. SNYDER
          Assistant United States Attorney
          131 Clayton Street
          Montgomery, AL 36104
          Phone: (334)223-7280
          Fax: (334)223-7135
          E-mail: christopher.a.snyder@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jay Taylor.

          /s/ Christopher Snyder
          CHRISTOPHER A. SNYDER
          Assistant United States Attorney