IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr218-MHT |
| MONIQUE ROSHAUN CANIDATE | ) | |

**ORDER**

It is ORDERED as follows:

(1) The government's motion to continue sentencing (Doc. No. 31) is granted.

(2) Sentencing for defendant Monique Roshaun Canidate, now set for March 6, 2008, is reset for April 24, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr., United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 19th day of February, 2008.

 /s/ Myron H. Thompson
 UNITED STATES DISTRICT JUDGE