IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                     ) | CR. NO. 2:07-cr-218-MHT |
| ) | |
| **MONIQUE ROSHAUN CANIDATE** ) | |
| a/k/a "Roshaun Candidate"  ) | |
| ) | |

**United States's Unopposed Motion to Continue Sentencing**

The United States respectfully requests the Court to continue Defendant Monique Roshaun Canidate's sentencing in this case, currently scheduled for Thursday, April 24, 2008, at 10:00 a.m. It requests this relief for the following reasons:

1.. The United States anticipates calling Canidate as a witness in the trial of *United States v. Rosetta Lola Canidate Dejarnette, et al.,* Case No. 2:07-cr-289-MEF (M.D. Ala. 2008). That trial has been reset to the two week trial term, beginning on Monday, July 28, 2008.

2. The full extent of Canidate's substantial assistance will not be known until the trial is complete in *United States v. Rosetta Lola Canidate Dejarnette, et al.*

3. The United States has contacted Jay Taylor, attorney for defendant, who stated that he has no objection to this request.

Wherefore, the above premises considered, the United States respectfully requests the Court to continue Candidate's sentencing to a date after the completion of the jury

trial in the case of *United States v. Rosetta Lola Canidate Dejarnette, et al.*

Respectfully submitted this 15th day of April, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: christopher.a.snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jay Taylor.

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney