IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CRIMINAL ACTION NO. |
| ) | 2:07cr218-MHT |
| MONIQUE ROSHAUN CANIDATE ) | |

ORDER

It is ORDERED as follows:

(1) The government's motion to continue sentencing
    (doc. no. 33) is granted.

(2) Sentencing for defendant Monique Roshaun
    Canidate, now set for April 24, 2008, is reset
    for August 19, 2008, at 10:00 a.m. at the Frank
    M. Johnson, Jr. United States Courthouse
    Complex, Courtroom 2FMJ, One Church Street,
    Montgomery, Alabama, 36104.

DONE, this the 16th day of April, 2008.


      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE